### JAMES JENKINS v. STATE OF FLORIDA

14 So. (2nd) 843                                    June Term, 1943
July 23, 1943                                    Special Division B
Rehearing Denied Sept. 14, 1943

*Wm. C. Pierce,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

PER CURIAM:

From an examination of the entire record we find no reversible error and the judgment is affirmed.

BUFORD, C. J., TERRELL, BROWN and ADAMS, JJ., concur.